31 A.3d 289

COMMONWEALTH of Pennsylvania Eric
Johnson # JG–1080, Petitioner

v.

Gerald L. ROZRUM [sic] Warden, Somerset Prison
Somerset Pennsylvania 155–10, Respondent.

No. 72 EM 2011.

Supreme Court of Pennsylvania.

Nov. 2, 2011.

## ORDER

PER CURIAM.

**AND NOW,** this 2nd day of November, 2011, the Application for Leave to File Original Process is **GRANTED,** and the

480

Petition for Writ of Habeas Corpus and the Application for Appointment of Counsel are **DENIED.**